**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                              Government,

           - against -

JAMES KELLY,

                            Defendant(s).
-----------------------------------------------------------------x

19 Cr 426 (RMB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/19

The conference is rescheduled from 9:45 am on October 17, 2019 to 2:00 pm on October 17, 2019.

Dated: New York, New York
       October 16, 2019



**RICHARD M. BERMAN**
**U.S.D.J.**