USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/25/19

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,

            - against -

James Kelly,

                Defendant.
-------------------------------------------------------------x

19 Cr 426 (RMB)

**ORDER**

The conference in this matter is rescheduled from 12:00 noon December 19, 2019 to 12:00 noon on December 18, 2019.

Dated: New York, New York
       November 25, 2019

**RICHARD M. BERMAN**
**U.S.D.J.**