## LAW OFFICES OF JAMES R. DeVITA, PLLC
81 MAIN STREET, SUITE 504
WHITE PLAINS, NEW YORK 10601-1719
(914) 328-5000
FAX (914) 946-5906
E-Mail: jdevita@jamesrdevitalaw.com

January 23, 2020

**MEMO ENDORSED**

BY ECF
Hon. Richard M. Berman
United States District Judge for the
Southern District of New York
Daniel Patrick Moynihan United State Courthouse
500 Pearl St., Suite 1650
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 1/23/2020

Re: *United States v. James Kelly,* 19 Cr. 426 (RMB)

Dear Judge Berman:

I am writing to request that the time for the rescheduled conference in this matter, which Your Honor set for February 11, 2020 at 11 am, be moved slightly later in the day. I already have an 11 am pretrial conference scheduled before Judge Abrams in *United States v. Reese, et al.,* 19 Cr. 904 (RA), on that date. Moreover, I have a pretrial conference before Judge Gardephe in *United States v. Gonzalez, et al.,* 18 Cr. 601 (PGG) at 10 am on that date. Thus, while the date Your Honor has selected is convenient, the time conflicts with the conference before Judge Abrams and I respectfully request that Your Honor set the conference for a slightly later time so I can attend all three conferences on that date. Should Your Honor not be able to accommodate my request for a later time on February 11, I could appear any time in the morning on Wednesday, February 12. However, I have CJA duty in White Plains on February 13, and will be out of town from February 14 through February 28.

I have discussed this application with Assistant United States Attorney Christopher Clore, and the government consents.

*Conference is adjourned to 12:00 pm on 2/11/2020.*

Respectfully,

s/ James R. DeVita

James R. DeVita

cc: Assistant United States Attorney Christopher Clore (by ECF)

SO ORDERED:
Date: 1/23/2020     Richard M. Berman
Richard M. Berman, U.S.D.J.