```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                       :
                    Government,        :      19 CR. 426 (RMB)
                                       :
        - against -                    :      **ORDER**
                                       :
JAMES KELLY,                           :
                    Defendant.         :
---------------------------------------------------------------x
```

The conference currently scheduled for Monday, March 16, 2020 at 10:30 a.m. is hereby rescheduled to Wednesday, April 1 at 10:30 a.m.

Dated: New York, New York
       March 13, 2020

                                           __/s/ Richard M. Berman___
                                             **RICHARD M. BERMAN**
                                                    **U.S.D.J.**