**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,

       Government,

  -against-

JAMES KELLY,

       Defendant.
------------------------------------------------------------X

19 CR. 426 (RMB)

**ORDER**

  Based upon the record herein, including without limitation the teleconference conducted today (see Transcript 4/8/20) among counsel, the Court orders and directs as follows:

  1- Defendant James Kelly (19 cr 426) should be released **forthwith** (but no later than April 9, 2020) on his own recognizance from MCC;

  2- Defendant to reside with Ms. Rose Lee at ▇▇▇▇▇▇▇▇▇▇▇, New York City ▇▇▇▇;

  3- Defense Counsel to arrange for someone (Ms. Lee or another responsible adult) to meet Mr. Kelly upon his release from MCC and accompany him;

  4- All parties, including Mr. Kelly, to participate in teleconference as scheduled at today's conference.

Dated: April 8, 2020
   New York, NY

                *Richard M. Berman*
              _____
               RICHARD M. BERMAN
              UNITED STATES DISTRICT JUDGE

cc: Stephanie Scannell

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2020